William Pollard, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

Submitted on briefs November 18, 1982, to Judges BLATT, WILLIAMS, JR. and CRAIG, sitting as a panel of three.

*Laurie Kreithen,* Legal Intern, with her *Ronald L. Beal,* Supervising Attorney, for petitioner.

*James K. Bradley,* Associate Counsel, with him *Richard L. Cole, Jr.,* Chief Counsel, for respondent.

OPINION BY JUDGE CRAIG, January 18, 1983:

The claimant has appealed from a decision by the Unemployment Compensation Board of Review which held him to be ineligible for compensation on the ground that the wages received by him during his base year fell at least $439.00 short of the qualifying amount. The claimant contends that additional wages, in the amount of $889.53 paid and received after the end of the base year, should be credited to the base year because attributable to work performed during the fourth quarter of it.

We affirm the decision because we have recently confirmed that "[w]ages must be included in the quarter in which they were received, not reallocated to the quarter in which they were earned," as stated

by Judge Doyle in *Wooley v. Unemployment Compensation Board of Review,* 71 Pa. Commonwealth Ct. 162, 454 A.2d 224 (1983). *See also Claypoole v. Unemployment Compensation Board of Review,* 66 Pa. Commonwealth Ct. 363, 444 A.2d 828 (1982).

ORDER

Now, January 18, 1983, the order of the Unemployment Compensation Board of Review, Decision No. B-195868, dated June 8, 1981, is affirmed.